# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| DANIEL GARRIDO-CARAPIA | ) Case No. 23-453 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 29, 2023_ in the county of _Shelby_ in the _Northern_ District of _Alabama_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry after Deportation/Removal |

This criminal complaint is based on these facts:

Please see the Affidavit of Deportation Officer Chase Kelley, Department of Homeland Security, U.S. Immigration and Customs Enforcement, which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

CHASE R KELLEY
Digitally signed by CHASE R KELLEY
Date: 2023.08.08 11:32:... -05'00'

*Complainant's signature*

Chase Kelley, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/08/2023

*Judge's signature*

City and state: Birmingham, Alabmama     Gray M. Borden, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chase Kelley, being duly first sworn, depose and say:

1.     I am a duly sworn Deportation Officer of the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) assigned to the New Orleans, Louisiana, Field Office. I have been employed as a Deportation Officer with ICE/ERO since December of 2021. Before that time, I was employed as a Border Patrol Agent with the United States Border Patrol (USBP) for over ten years. With ICE/ERO and USBP, one of my principal assignments has been to conduct criminal investigations of persons involved in violations of the United States Code relating to Title 8 – Aliens and Nationality. As a Border Patrol Agent, I attended and graduated from the U.S. Border Patrol Academy, which was conducted at the Federal Law Enforcement Training Center (FLETC) in Artesia, New Mexico from September 2011 to December 2011. As a Deportation Officer, I attended and graduated from the ICE Academy Deportation Officer Training Program #2203, which was conducted at FLETC in Glynco, Georgia from February 8, 2022, to March 21, 2022. I also attended and graduated from the ICE Academy Deportation and Removal Operations Field Operations Training Program #2213 which was conducted at FLETC in Charleston, South Carolina from September 11, 2022, to September 24, 2022. At all institutions mentioned, I

1

received specialized training regarding the investigations of Federal violations of the United States Code.

2. I submit this affidavit in support of a criminal complaint based on information known to me personally and information I have learned from other members of law enforcement and/or lay witnesses. This affidavit does not contain all the information that I know regarding this matter.

3. On or about July 31, 2023, your affiant learned that Daniel GARRIDO-Carapia, was being held at the Shelby County Jail in Columbiana, Alabama on charges of domestic violence 3rd degree and three counts of violation of protection order enforcement act. Utilizing law enforcement databases, your affiant observed that GARRIDO was a native and citizen of Mexico. Law enforcement databases showed that GARRIDO had been previously ordered removed and removed from the United States. Based on this, your affiant lodged an Immigration Detainer (DHS form I-247-A) with the Shelby County Jail.

4. On or about July 31, 2023, the Shelby County Jail notified your affiant that CARAPIA had posted bond and was ready to be picked up. On or about August 1, 2023, CARAPIA was transported to the ICE Birmingham office for processing. Upon arrival, CARAPIA was fingerprinted, and checks confirmed him as being CARAPIA and a native and citizen of Mexico. Records positively identified CARAPIA with an Alien registration file that

showed CARAPIA was ordered removed, by a designated official, on or about June 8, 2010, and subsequently removed from the United States to Mexico on or about June 9, 2010, on or about January 14, 2012, on or about December 27, 2012, and on or about September 17, 2022. The fingerprint checks also positively associated CARAPIA with an FBI number that reflected CARAPIA's previous immigration arrests.

5. Records checks revealed CARAPIA was convicted on or about December 16, 2011, in the United States District Court, District of Arizona, Tucson Division for violation of 8 U.S.C §1325(a)(1) illegal entry. CARAPIA was sentenced to 30 days to serve in the custody of United States Bureau of Prisons. On or about June 30, 2012, CARAPIA was convicted in the United States District Court Western District of Texas, Del Rio Division for violation of 8 U.S.C. § 1325 illegal entry. CARAPIA was sentenced to 180 days to serve in the custody of the United States Bureau of Prisons.

6. Immigration Form I-205, Warrant of Removal / Deportation, is the standard form utilized by the Department of Homeland Security (DHS) to document the physical removal of an unlawfully present alien from the United States to his/her native country. There are three executed I-205s in CARAPIA's Alien File. The front page of each I-205 shows the order, signed by the designated immigration official, authorizing any officer or employee of the Immigration and Naturalization Service (now known as

Immigration and Customs Enforcement or United States Border Patrol) to physically deport the subject alien from the United States. The second page of each I-205 contains specific information that the I-205 was executed, recording the port (location), date, and manner of removal by placing the photograph, right index fingerprint, and signature of the alien. The I-205s in CARAPIA's alien file indicate he was removed from the United States to Mexico on or about January 14, 2012, on or about December 27, 2012, and on or about September 17, 2022.

    7.    Immigration Form I-296, Notice to Alien Ordered Removed/Departure Verification, is a standard form utilized by the Department of Homeland Security (DHS) to document the physical removal of an unlawfully present alien from the United States to his/her native country. There is one executed I-296 in CARAPIA's Alien File. The I-296 shows the order, signed by the designated immigration official, authorizing any officer or employee of the Immigration and Naturalization Service (now known as Immigration and Customs Enforcement or United States Border Patrol) to physically deport the subject alien from the United States. The I-296 also contains specific information that the I-296 was executed, recording the port (location), date, and manner of removal by placing the photograph, right index fingerprint, and signature of the alien. The I-296 in CARAPIA's alien file indicates he was removed from the United States

4

to Mexico on or about June 9, 2010.

8. CARAPIA's Alien File was reviewed by DHS personnel, and it did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removals on or about September 17, 2022, on or about December 27, 2012, on or about January 14, 2012, and on or about June 9, 2010. Further, there is no evidence in any automated system that an application was made or approved. Had the defendant made such an application, that fact would be reflected in his official Alien File.

9. I have no reason to believe that CARAPIA was here in the Northern District of Alabama involuntarily when he was arrested on or about July 29, 2023.

10. Based on the above facts, the affiant believes that there is probable cause to establish that Daniel GARRIDO-Carapia has violated 8 U.S.C. § 1326(a).

_____
Chase Kelley, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed before me this 8th day of August, 2023.

_____
Gray M. Borden
United States Magistrate Judge
Northern District of Alabama

6